**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 05-4430
_____

MIGUEL MONTANEZ

v.

PAT THOMPSON, RECORD SPECIALIST I, STATE
CORRECTIONAL INSTITUTION AT ALBION;
JOHN DOE, I SUPERVISOR OF INMATE RECORDS,
STATE CORRECTIONAL INSTITUTION AT ALBION;
JOHN DOE, II, SUPERVISOR OF INMATE RECORDS,
STATE CORRECTIONAL INSTITUTION AT
GRATERFORD; SUPERINTENDENT, PHILADELPHIA
PRISON SYSTEM; ROBERT DURISON, DIRECTOR,
CLASSIFICATION, MOVEMENT & REGISTRATION,
PHILADELPHIA PRISON SYSTEM

PAT THOMPSON,

Appellant.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 03-cv-6713)
District Judge: Honorable Juan R. Sanchez

_____

Argued January 26, 2010

Before:   FUENTES, FISHER, *Circuit Judges,* and KANE,*
*Chief District Judge.*

(Opinion Filed: April 22, 2010)

_____

Thomas W. Corbett, Jr., Esq.
Claudia M. Tesoro, Esq. (Argued)
John G. Knorr, III, Esq.
Office of Attorney General
21 South 12th Street
Third Floor
Philadelphia, PA 19107

*Counsel for Appellant*

_____

* Honorable Yvette Kane, Chief Judge of the United States District Court for the Middle District of Pennsylvania, sitting by designation.

Miguel Montanez
4245 North Fairhill Street
Philadelphia, PA 19140

*Pro Se Appellee*

Craig R. Gottlieb, Esq.
City of Philadelphia
Law Department
1515 Arch Street
One Parkway
Philadelphia, PA 19102

*Counsel for Appellee Robert Durison* Marianne
Consentino, Esq.
M. Jared Littman, Esq. (Argued)
Harkins Cunningham LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103

*Counsel for Court Amicus on Behalf of Appellee*

---

## ORDER AMENDING OPINION

---

3

FUENTES, Circuit Judge.


IT IS NOW ORDERED that on page 8, second paragraph, change date from October 6, 2005 to December 14, 2003.


/s/ Julio M. Fuentes

Circuit Judge


DATED: May 25, 2010